HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00151-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| JOSE FERNANDO GOMEZ-MOREIRA, | Date:   December 2, 2020<br>Time:   1:00 p.m.<br>Judge:  Hon. Sheila K. Oberto |
| Defendant. | |

The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate and jointly move this Court to continue Mr. Gomez-Moreira's status conference from November 4, 2020 to December 2, 2020.

Mr. Gomez-Moreira is scheduled for a hearing on a motion for bail review on before the Honorable Barbara A. McAuliffe on November 2, 2020.  The parties agree that there is no need for a status conference to follow immediately afterward.  Defense investigation is ongoing and defense counsel is awaiting vital records relating to Mr. Gomez-Moreira's case.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance

shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: October 30, 2020        */s/ Laura Withers*
                               LAURA WITHERS
                               Assistant U.S. Attorney

Dated: October 30, 2020        HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Benjamin A. Gerson*
                               BENJAMIN A. GERSON
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOSE FERNANDO GOMEZ-MOREIRA

**O R D E R**

IT IS SO ORDERED.

Dated:   **October 30, 2020**            /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE