HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00151-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| vs. | |
| JOSE FERNANDO GOMEZ-MOREIRA, | Date:    December 16, 2020<br>Time:   1:00 p.m.<br>Judge:  Hon. Sheila K. Oberto |
| Defendant. | |

The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate and jointly move this Court to continue Mr. Gomez-Moreira's status conference from December 2, 2020 to December 16, 2020.

The request for continuance is to allow time necessary for ongoing investigation and continued review of vital records relating to Mr. Gomez-Moreira's case.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea

negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: November 23, 2020        */s/ Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney


Dated: November 23, 2020        HEATHER E. WILLIAMS
Federal Defender


*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JOSE FERNANDO GOMEZ-MOREIRA


**O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to continue case 1:20-cr-00151 to December 16, 2020 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **November 23, 2020**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE