HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00151-NONE-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| JOSE FERNANDO GOMEZ-MOREIRA, | Date:    March 17, 2021<br>Time:    1:00 p.m.<br>Judge:  Hon. Sheila K. Oberto |
| Defendant. | |

The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate and jointly move this Court to continue Mr. Gomez-Moreira's status conference from February 17, 2021 to March 17, 2021.

The defense is still awaiting receipt of records necessary to Mr. Gomez-Moreira's case from the Executive Office of Immigration Review.  On December 17, 2020, defense counsel received assurances that the requested records would be expedited.  Despite these assurances the records have yet to arrive.  Defense investigators have renewed their efforts to secure records as quickly as possible.

The parties request this continuance with the intention of conserving time and resources

for both the parties and the Court. The parties agree that the delay resulting from the continuance

shall be excluded in the interests of justice, including but not limited to, the need for the period

of time set forth herein for effective defense preparation, defense investigation, and plea

negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  February 10, 2021          */s/ Laura Withers*
LAURA WITHERS
Assistant U.S. Attorney


Dated:  February 10, 2021          HEATHER E. WILLIAMS
Federal Defender


*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
JOSE FERNANDO GOMEZ-MOREIRA


## O R D E R

**GOOD CAUSE APPEARING**, the above stipulation to continue case 1:20-cr-00151 to

March 17, 2021, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:  __**February 11, 2021**__          _____/s/ *Sheila K. Oberto*_____
UNITED STATES MAGISTRATE JUDGE