| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | JOSE FERNANDO GOMEZ-MOREIRA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-cr-00151-NONE-SKO |
| Plaintiff, | | **STIPULATION TO CONTINUE CHANGE OF PLEA** |
| vs. | | |
| JOSE FERNANDO GOMEZ-MOREIRA, | | Date:  June 4, 2021<br>Time:  1:00 p.m.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | | |

The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate and jointly move this Court to continue Mr. Gomez-Moreira's status conference from June 4, 2021 to June 10, 2021.

The parties have reached a tentative plea agreement, however defense counsel requires additional time for translation of documents and to finalize the plea agreement.

The parties request this continuance with the intention of conserving time and resources for both the parties and the Court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: June 1, 2021          */s/ Laura Withers*
                             LAURA WITHERS
                             Assistant U.S. Attorney


Dated: June 1, 2021          HEATHER E. WILLIAMS
                             Federal Defender


                             */s/ Benjamin A. Gerson*
                             BENJAMIN A. GERSON
                             Assistant Federal Defender
                             Attorney for Defendant
                             JOSE FERNANDO GOMEZ-MOREIRA


## **O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to continue case 1:20-cr-00151 to June 10, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:  **June 1, 2021**
                             UNITED STATES DISTRICT JUDGE