HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00151-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING ORDER** |
| vs. | |
| JOSE FERNANDO GOMEZ-MOREIRA, | Date:    October 1, 2021<br>Time:    9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |
| Defendant. | |

The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate that the sentencing hearing set for Friday, September 24, 2021 at 9:30 a.m., before the Honorable Dale A. Drozd, be continued to Friday, October 1, 2021 at 9:30 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, as defense counsel requires additional time to review records.  The Government does not object.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: September 16, 2021        */s/ Laura Withers*
                                 LAURA WITHERS
                                 Assistant U.S. Attorney

Dated: September 16, 2021        HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Benjamin A. Gerson*
                                 BENJAMIN A. GERSON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOSE FERNANDO GOMEZ-MOREIRA

# **O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to continue the sentencing hearing in case 1:20-cr-00151 to October 1, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

   Dated:   **September 16, 2021**         _____
                                           UNITED STATES DISTRICT JUDGE