HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00151-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING and ORDER** |
| vs. | |
| JOSE FERNANDO GOMEZ-MOREIRA, | Date:   October 1, 2021<br>Time:   9:30 a.m.<br>Judge:  Hon. Dale A. Drozd |
| Defendant. | |

    The parties, through their respective counsel, Laura Withers, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Fernando Gomez-Moreira, hereby stipulate that the sentencing hearing set for Friday, October 1, 2021 at 9:30 a.m., before the Honorable Dale A. Drozd, be continued to Friday, October 15, 2021 at 9:30 a.m.

    The parties wish to continue sentencing in this matter at the request of defense counsel, as defense counsel requires additional time to gather and review records.  Defense counsel recently received Mr. Gomez-Moreira's children's school records as two of his children require special education services.  The records of their assessments are in the Spanish language and require translation.  In addition, defense counsel is still awaiting delivery of records related to Mr. Gomez-Moreira's prior incarceration in the state of Rhode Island, which have not yet arrived.  Defense had

fully expected the records in question by the filing deadline, apologizes for the inconvenience caused by the delay. The government does not object.

//

//

//

//

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

Dated: September 29, 2021        */s/ Laura Withers*
                                      LAURA WITHERS
                                      Assistant U.S. Attorney

Dated: September 29, 2021        HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Benjamin A. Gerson*
                                      BENJAMIN A. GERSON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOSE FERNANDO GOMEZ-MOREIRA

## O R D E R

**GOOD CAUSE APPEARING**, the above stipulation to continue the sentencing hearing in case 1:20-cr-00151 to October 15, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: **September 30, 2021**                                 
                                                                     UNITED STATES DISTRICT JUDGE