UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FERNANDO GOMEZ-MOREIRA,<br><br>Defendant. | No. 1:20-CR-00151-JLT-SKO<br><br>ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO THE FEDERAL DEFENDER'S OFFICE<br><br>(Doc. 61) |

    Defendant Jose Fernando Gomez-Moreira was sentenced in this action on October 20, 2021. (Doc. 59.) Defendant recently filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. 61.)

    Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion <u>or</u> to notify the Court and the government it does not intend to file a supplement. Thereafter, absent further order from the Court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

/////

1

1 | The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **March 13, 2023**                                  /s/ Jennifer L. Thurston
                                                             UNITED STATES DISTRICT JUDGE