1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LAURA MYERS, IL #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   JOSE FERNANDO GOMEZ-MOREIRA
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:20-cr-00151-JLT
12 |                   Plaintiff,       |
13 |              v.                    | STIPULATION TO EXTEND
   |                                    | COMPASSIONATE RELEASE
   |                                    | BRIEFING SCHEDULE;
14 | JOSE FERNANDO GOMEZ-MOREIRA,       | [PROPOSED] ORDER
15 |                   Defendant.       |

16

17     Jose Fernando Gomez-Moreira filed a pro se 18 U.S.C. § 3582(c) motion on March 3,

18 2023, and counsel was appointed. A briefing schedule was established whereby any

19 supplemental briefing to defendant's pro se motion is due May 12, 2023; the government's

20 response to defendant's motion and any supplemental briefing is due June 12, 2023; and any

21 reply is due June 27, 2023.

22     **IT IS HEREBY STIPULATED** by and between the parties through their respective

23 counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for plaintiff, and

24 LAURA MYERS, Assistant Federal Defender, counsel for defendant, that these dates be

25 extended 30 days and the schedule set as follows:

26     **June 12, 2023:**    Any Supplemental Briefing to Defendant's pro se 18 U.S.C.
                             § 3582(c) Motion filed on March 3, 2023
27

28     **July 12, 2023**:    Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion
                             filed on March 3, 2023, or any supplemental briefing thereto

|  |  |  |
|---|---|---|
| **July 27, 2023**: | Defendant's Reply |

Defendant Gomez-Moreira pled guilty to one count of illegal re-entry on June 10, 2021. He was sentenced to a 72-month term of imprisonment. Mr. Gomez-Moreira is housed at FCI Lompoc, and his projected release date is October 13, 2025. Upon appointment, the Federal Public Defenders Office sent medical releases and other documents to Mr. Gomez-Moreira. In addition, undersigned counsel spoke with him to confirm his desire for appointed counsel, as requested in his pro se § 3582(c) motion. At this point, his medical records have not been obtained. Additional time is requested to acquire the necessary medical records.

Respectfully submitted,

PHILLIP TALBERT
United States Attorney

DATED:  May 9, 2023            By: */s/ Joseph Barton*
                                                    JOSEPH BARTON
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  May 9, 2023            By:  */s/ Laura Myers*
                                                    LAURA MYERS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    JOSE FERNANDO GOMEZ-MOREIRA

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:  **May 11, 2023**                                         _____
                                                                              UNITED STATES DISTRICT JUDGE