HEATHER E. WILLIAMS, #122664
Federal Defender
LAURA MYERS, IL #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE FERNANDO GOMEZ-MOREIRA,<br><br>    Defendant. | Case No. 1:20-cr-00151-JLT<br><br>STIPULATION TO EXTEND COMPASSIONATE RELEASE BRIEFING SCHEDULE; ORDER |

    Jose Fernando Gomez-Moreira filed a pro se 18 U.S.C. § 3582(c) motion on March 3, 2023, and counsel was appointed. A briefing schedule was established whereby any supplemental briefing to Defendant's *pro se* motion is due June 12, 2023; the government's response to Defendant's motion and any supplemental briefing is due July 12, 2023; and any reply is due July 27, 2023.

    **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, JOSEPH BARTON, Assistant United States Attorney, counsel for Plaintiff, and LAURA MYERS, Assistant Federal Defender, counsel for Defendant, that these dates be extended 30 days and the schedule set as follows:

**July 12, 2023:**     Any Supplemental Briefing to Defendant's pro se 18 U.S.C. § 3582(c) Motion filed on March 3, 2023

**August 18, 2023**:     Plaintiff's Response to Defendant's 18 U.S.C. § 3582(c) Motion filed on March 3, 2023, or any supplemental briefing thereto

**September 1, 2023**:   Defendant's Reply

Defendant Gomez-Moreira pled guilty to one count of illegal re-entry on June 10, 2021. He was sentenced to a 72-month term of imprisonment.  Mr. Gomez-Moreira is housed at FCI Lompoc, and his projected release date is October 13, 2025.  Upon appointment, the Federal Public Defender Office sent medical releases and other documents to Mr. Gomez-Moreira.  Mr. Gomez-Moreira filled out his releases and mailed them, but the FDO did not receive them.  The FDO sent a new packet of releases in early May.  Those were received on Friday, June 9, and the FDO is now in the process of obtaining his medical records from FCI Lompoc.  Additional time is requested to acquire the necessary medical records.

Respectfully submitted,

PHILLIP TALBERT
United States Attorney

DATED:  June 12, 2023          By: */s/ Joseph Barton*
                                              JOSEPH BARTON
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  June 12, 2023          By:  */s/ Laura Myers*
                                              LAURA MYERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JOSE FERNANDO GOMEZ-MOREIRA

# [~~PROPOSED~~] ORDER APROVING STIPULATION

The foregoing Stipulation, by and among counsel for the government and Defendant Gomez-Moreira, is hereby APPROVED.

IT IS SO ORDERED.

Dated:   **June 15, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE