HEATHER E. WILLIAMS, #122664
Federal Defender
LAURA MYERS, IL #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE FERNANDO GOMEZ-MOREIRA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00151-JLT |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND COMPASSIONATE RELEASE BRIEFING SCHEDULE; [PROPOSED] ORDER |
| JOSE FERNANDO GOMEZ-MOREIRA, | |
| Defendant. | |

The defendant, Jose Fernando Gomez-Moreira, filed a *pro se* 18 U.S.C. § 3582(c) motion on March 3, 2023, and was appointed counsel. A briefing schedule was established where the defendant's counsel filed a supplement to the defendant's motion on July 13, 2023. The government's response is currently due by August 18, 2023, and the defendant's reply is due on September 1, 2023. The government received the defendant's updated Bureau of Prisons' records on August 15, 2023, and requires more time to review and follow-up on those records before filing its response.

///

///

///

Therefore, **IT IS HEREBY STIPULATED** between the parties that briefing schedule may be extended as follows:

    **September 1, 2023**:   Government's response to the defendant's motion is due; and

    **September 15, 2023**: Defendant's reply is due.

Respectfully submitted,

PHILLIP TALBERT
United States Attorney

DATED:  August 16, 2023            By: */s/ Joseph Barton*
                                                              JOSEPH BARTON
                                                              Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

DATED:  August 16, 2023            By: */s/ Laura Myers*
                                                              LAURA MYERS
                                                              Assistant Federal Defender
                                                              Counsel for Jose Fernando Gomez-Moreira

# [PROPOSED] ORDER

The foregoing Stipulation, by and among counsel for the government and Defendant Gomez-Moreira, is hereby APPROVED.

IT IS SO ORDERED.

Dated:   **August 16, 2023**                                    _Jennifer L. Thurston_
                                                                                    UNITED STATES DISTRICT JUDGE

-2-